IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LISA A. SMITH-GOODMAN,<br>Plaintiff, | : <br> : <br> : <br> : |
| v. | :    CIVIL ACTION NO. 18-CV-3675 |
| CITY OF PHILADELPHIA<br>DEPARTMENT OF HUMAN<br>SERVICES, *et al.*,<br>Defendants. | : <br> : <br> : <br> : <br> : |

## ORDER

AND NOW, this 30th day of August, 2018, upon consideration of Plaintiff Lisa A. Smith-Goodman's Motion for Leave to Proceed *In Forma Pauperis* (ECF No. 1) and her *pro se* Complaint (ECF No. 2), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED without prejudice** for the reasons set forth in the Court's Memorandum.

4. Smith-Goodman is given leave to file an amended complaint within thirty (30) days of the date of this Order in the event that she can state a plausible claim for relief that cures the defects identified in the Court's Memorandum. Any individual or entity that is not listed in the caption of the amended complaint will not be treated as a defendant. Any amended complaint must be a complete document that describes in detail the basis for Smith-Goodman's claims against each defendant. Any amended complaint should not seek relief for harm caused to anyone other than Smith-Goodman, nor raise claims challenging the state court's judgment and seeking review and rejection of that judgment. If Smith-Goodman files an amended complaint, the Clerk shall not make service until so **ORDERED**.

5. The Clerk of Court is **DIRECTED** to send Smith-Goodman a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Smith-Goodman may use this form to prepare her amended complaint.

6. If Smith-Goodman fails to file an amended complaint, her case may be dismissed for failure to prosecute without further notice.

BY THE COURT:

_____
JUAN R. SÁNCHEZ, C.J.