## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

LISA A. SMITH-GOODMAN,         :
    Plaintiff,                :
                               :

    v.                          :    **CIVIL ACTION NO. 18-CV-3675**
                               :

**CITY OF PHILADELPHIA**       :
**DEPARTMENT OF HUMAN**     :
**SERVICES**, *et al.*,            :
    Defendants.            :

## ORDER

AND NOW, this /9 day of September, 2018, upon consideration of Plaintiff Lisa A.

Smith-Goodman's Amended Complaint (ECF No. 6), it is **ORDERED** that:

1. The Amended Complaint is **DISMISSED** for the reasons set forth in the Court's

Memorandum. Claims that are barred by *Rooker-Feldman* as discussed in the Memorandum are

**DISMISSED for lack of subject matter jurisdiction.** Claims that are barred by immunity as

discussed in the Memorandum are **DISMISSED with prejudice.** All remaining claims are

**DISMISSED without prejudice** to amendment in accordance with paragraph two (2) of this

Order.

2. Smith-Goodman is given leave to file a second amended complaint within thirty (30)

days of the date of this Order only with regard to those claims the Court dismissed without

prejudice as set forth in paragraph one (1) of this Order and the Court's Memorandum. Any

individual or entity that is not listed in the caption of the second amended complaint will not be

treated as a defendant. Any second amended complaint must be a complete document that

describes in detail the basis for Smith-Goodman's claims against each defendant without relying

on other pleadings filing in this matter. Any second amended complaint should not raise claims

challenging the state court's judgment and seeking review and rejection of that judgment, and

should not raise claims barred by principles of immunity. If Smith-Goodman files a second amended complaint, the Clerk shall not make service until so **ORDERED**.

3. The Clerk of Court is **DIRECTED** to send Smith-Goodman a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Smith-Goodman may use this form to prepare her second amended complaint.

4. If Smith-Goodman fails to file a second amended complaint, her case may be dismissed for failure to prosecute without further notice.

**BY THE COURT:**

JUAN R. SANCHEZ, C.J.