IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| LISA A. SMITH-GOODMAN | : | CIVIL ACTION |
| | : | |
| v. | : | No. 18-3675 |
| | : | |
| CITY OF PHILADELPHIA DEPARTMENT OF HUMAN SERVICES, et al. | : : : | |

**ORDER**

AND NOW, this 13th day of August, 2019, upon consideration of Defendants City of Philadelphia, Stephanie English, Turning Points for Children, and Katlin Sullivan's motions to dismiss for failure to state a claim, pro se Plaintiff Lisa A. Smith-Goodman's responses in opposition thereto, and the parties' presentations at the May 16, 2019, oral argument, and for the reasons set forth in the accompanying Memorandum, it is ORDERED:

- Defendants' motions to dismiss (Documents 14 & 15) are GRANTED. Smith-Goodman's Second Amended Complaint is DISMISSED with prejudice.

- Smith-Goodman's motion seeking a preliminary injunction (Document 18) is DISMISSED as moot.

The Clerk of Court is directed to mark this case CLOSED.

BY THE COURT:


/s/ Juan R. Sánchez
Juan R. Sánchez, C.J.