TO
U.S. COURT OF APPEALS - THIRD CIRCUIT

U.S. DISTRICT COURT: _Eastern District of Pennsylvania_
                                    (District/state)                         (Location)

U.S. TAX COURT [ ]
(Full Caption of District Court Case)

Smith-Goodman

vs.

City of Philadelphia
Turning Points for Children

Circuit Court
Docket Number: _____

District Court or
Tax Court
Docket Number: _18-3675_

District Court or
Tax Court
Judge: _Honorable Juan Sanchez_

Notice is hereby given that _Lisa Smith-Goodman_
                                                           (NAMED PARTY)

appeals to the UNITED STATES COURT OF APPEALS for the THIRD CIRCUIT

from [ ] JUDGMENT            [ ✓ ] ORDER

**FILED**
SEP 11 2019
KATE BARKMAN, Clerk
By_____ Dep. Clerk

[ ] OTHER (specify): _____

entered in this action on _08/13/2019_.
                                      (Date)

DATED: _9/11/19_

_Lisa Smith-Goodman_
Counsel for Appellant -signed

_Lisa Smith Goodman_
Named of Counsel- Typed or printed

_7334 Woodbine Ave_
Address

_Phila PA 19151_

_215-749-2289_
Telephone Number or US Govt FTS

Counsel for Appellee

Address

Telephone Number or US Govt FTS

Note: Use additional sheets if all appellants and/or all counsel for appellee cannot be listed on the Notice of Appeal Form

USCA APPEAL FORM (10/1/04)